No. 90–1463. WARNER CABLE COMMUNICATIONS, INC. *v.* CITY OF NICEVILLE. C. A. 11th Cir. Motions of Florida Cable

Television Association et al., National Cable Television Association, Inc., Community Antenna Television Association, and Cablevision Systems Corp. for leave to file briefs as *amici curiae* granted. Certiorari denied.